In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Land Required for the Opening of Jerome Avenue, Extending from Woodlawn Road to Mosholu Avenue, in the Borough of the Bronx.

WOODLAWN CEMETERY, Appellant.

*Matter of City of New York (Jerome Avenue)*, 145 App. Div. 865, affirmed.

(Argued October 9, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 7, 1911, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in a street opening proceeding.

*Benjamin Trapnell* and *Joseph A. Flannery* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Joel J. Squier* and *James Regan Fitz Gerald* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.